# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ERNEST WILLIAMS**                                                                   **PLAINTIFF**

**VS.**                       **CASE NO. 5:06CV000165 JMM**

**BARBARA GOSWICK, ET AL.**                                      **DEFENDANTS**

## ORDER

Plaintiff's unopposed Motion to Dismiss Action Without Prejudice is granted (#23). Plaintiff's complaint is dismissed without prejudice and the Clerk of the Court is directed to close the case. Each party is to bear their own fees and costs.

Pursuant to Fed. R. Civ. P. 41(d), the Court will assess reasonable costs and attorney's fees should plaintiff re-file her complaint.

IT IS SO ORDERED THIS __13__ day of __March__, 2007.


_____
James M. Moody
United States District Judge